# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1241. HELENA BRUNDIDGE v. U.S. BANK NATIONAL ASSOCIATION et al.**

Helena Brundidge filed a complaint for declaratory judgment and injunctive relief against U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Corp. 2005-FLDI, Asset Backed Pass-Through Certificates, Series 2005-FLDI. After Brundidge failed to perfect service on U. S. Bank, the trial court dismissed the action for want of prosecution. Brundidge then filed a "Motion to Set Aside Dismissal Order and Recognize Proper Service Pursuant to OCGA § 53-12-323." Although the statute was not specifically cited in the motion, Brundidge's motion was essentially one to set aside pursuant to OCGA § 9-11-60 (d). The trial court denied the motion, and Brundidge filed this direct appeal.[1] We, however, lack jurisdiction.

An order denying a motion to set aside under OCGA § 9-11-60 (d) is subject to the discretionary appeal procedure. OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); *MMT Enterprises v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). Because Brundidge failed to follow the required appellate procedure, her unauthorized appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] Brundidge was represented by Grady Roberts below and he filed the notice of appeal on Brundidge's behalf. It should be noted that on February 15, 2017, this Court issued an order revoking attorney Grady Roberts's permission to practice law before the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office,*
*Atlanta,* __04/09/2021__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*